Timothy R. Farrell
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL  60606-4302

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diana Grootonk, an individual<br><br>                                             Plaintiff(s)<br>v.<br><br>Labrie Environmental Group, LLC, a Delaware entity, and Does 1-200<br><br>                                             Defendant(s). | CASE NUMBER<br><br>8:22-cv-01868<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Farrell, Timothy, R.                                                                   of
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 845-1200                    (312) 845-5500
*Telephone Number*            *Fax Number*

timothy.farrell@ropesgray.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Labrie Environmental Group, LLC

*Name(s) of Party(ies) Represent Other:*                ☐ Plaintiff(s)   ☒ Defendant(s)   ☐

**and designating as Local Counsel**

Tsai, Rocky, C.                                                                           of   ROPES & GRAY LLP
*Designee's Name (Last Name, First Name & Middle Initial)*               10250 Constellation Blvd.
221452                    (310) 975-3300             (310) 975-3400                 Los Angeles, CA  90067
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

rocky.tsai@ropesgray.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:      ☐ for failure to pay the required fee.
                        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
                        ☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                              **U.S. District Judge/U.S. Magistrate Judge**