**Jeffrey W. Cowan, Esq., SBN 157474**
The Cowan Law Firm
9301 Wilshire Boulevard, Suite 609
Beverly Hills, California  90210-6190
jeffrey@cowan-law.com
Tel:  (310) 394-1420; Fax: (310) 394-1430

Attorneys for Plaintiff **Diana Grootonk**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Diana Grootonk,<br><div align="right">Plaintiff,</div><br>vs.<br>Labrie Environmental Group, LLC, and DOES 1-200,<br><div align="right">Defendants.</div> | Case No. 8:22-cv-01868-FWS-ADS<br><br>[Assigned to Hon. Fred W. Slaughter; Action removed on October 13, 2022]<br><br>**Stipulation to File 1st Amended Complaint and Set Deadline to Respond** |

Plaintiff Diana Grootonk and Defendant Labrie International Group, Inc. through their counsel of record stipulate as follows:

The parties have been meeting and conferring with respect to Defendant's planned F.R.C.P. 12(b)(6) motion to dismiss.  The parties have made progress on various matters, with Plaintiff to amend her complaint in light of her subsequent receipt of her employment file.

As a result, and given the upcoming Thanksgiving and winter holidays (including travel for such holidays) as well as existing litigation deadlines and proceedings in other actions, the parties further stipulate as follows:

**Stipulation to File 1st Amended Complaint and Set Deadline to Respond**

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

Document 21   Filed 11/14/22   Page 2 of 3   Page ID #:122

Plaintiff will file an amended complaint by December 12, 2022 that revises, *inter alia*, her complaint's 4th cause of action for FEHA discrimination. To ensure the parties have sufficient time to meet and confer after the amended complaint is filed and in light of the winter holidays in December and January, Defendant's deadline to respond to the new complaint (whether by answer or a motion to dismiss) will be January 20, 2023.

If motion practice proves necessary, the parties will further stipulate to a briefing schedule.

Respectfully submitted,

**THE COWAN LAW FIRM**

DATED: November 14, 2022    By:    /s/  *Jeffrey W. Cowan*

Jeffrey W. Cowan
Attorneys for **Plaintiff Diana Grootonk**

**ROPES & GRAY LLP**
Rocky C. Tsai
Timothy R. Farrell
Daniel A. Yanofsky

DATED: November 14, 2022    By:    /s/ *Timothy R. Farrell*

Attorneys for **Defendant Labrie Environmental Group**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

By:    /s/  *Jeffrey W. Cowan*

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California 90210
(310) 394-1420

2

**Stipulation to File 1st Amended Complaint and Set Deadline to Respond**

1

**PROOF OF SERVICE**

2

    I am over the age of eighteen years and not a party to this action; my business address is 9301 Wilshire Blvd., Suite 609, Beverly Hills, California  90210.

3

4

    On November 14, 2022 I served **Stipulation to File 1st Amended Complaint and Set Deadline to Respond** the interested parties in said action as indicated below:

5

Rocky C. Tsai , Esq.
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067

6

7

Daniel A. Yanofsky, Esq. (*admitted pro hac vice*)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston St.
Boston, MA 02199-3600

8

9

10

Timothy R. Farrell, Esq.  (admitted *pro hac vice* )
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606-4302

11

12

13

***Attorneys for Defendant Labrie Environmental Group, LLC***

14

**[  ]    *[BY MAIL]*** by depositing a copy of said document for collection and mailing on the date indicated above, in a sealed envelope(s), addressed as set forth above, with First Class or Priority Mail postage, with the U.S. Postal Service at Beverly Hills, California.

15

16

[  ]    [*BY PERSONAL SERVICE*] by delivering a copy of the foregoing document in an envelope addressed as above to the above address.

17

18

**[X  ]    [*BY EMAIL]*** by emailing the subject document via ECF System to the above lawyers

19

[   [   [Via One Legal] By having the foregoing document transmitted electronically to the above parties via One Legal in conjunction with having it submitted for E-filing.

20

21

[  ]    **[*BY OVERNIGHT COURIER*]** I caused to be delivered to and served by an *Overnight Courier* on all interested parties in said action, the above named document(s) by placing true copies thereof in enclosed sealed envelopes, delivery fees paid or provided for, and addressed as set forth above.

22

23

**[ X ]    *[FEDERAL]*** I declare under penalty of perjury under the laws of the laws of the United States of America that the foregoing is true and correct.

24

    Executed on November 14, 2022, at Beverly Hills, California.

25

26

_____
                ***/s/  Jeffrey W. Cowan***
                Jeffrey W. Cowan

27

28

The Cowan Law Firm
9301 Wilshire Blvd., Suite 609
Beverly Hills, California  90210
(310) 394-1420

i

Proof of Service