# Exhibit 1

**From:** Diana Grootonk
**Sent:** Tuesday, July 6, 2021 1:06 PM
**To:** Greg Gleason; meastabrook@labriegroup.com; Mary Kriz
**Cc:** Paul Morton
**Subject:** REQUEST #1

Greg:

Pursuant to California Labor Code SS432 and 1998.5 I write to invoke my right to the following records:

(1) My personnel file (including all documents that should be in it but for whatever reason have been stored/filed elsewhere),
(2) All writings relating to grievances about me, and
(3) All documents that I signed, or was asked to sign, or were otherwise provided to me, during or in conjunction with my employment.

Kindly send these documents to my attention via certified mail or overnight carrier to my attention at the following address:

DIANA GROOTONK
███████████
███████████████ ████████

Sincerely,
Diana Grootonk

Cc: Paul Morton