# Exhibit "2"

**From:** Greg Gleason <ggleason@wynnchurch.com>
**Sent:** Wednesday, July 7, 2021 3:56:28 PM
**To:** dianag1@msn.com <dianag1@msn.com>
**Cc:** pmorton@walkermortonllp.com <pmorton@walkermortonllp.com>; Michael Eastabrook <michael.eastabrook@labriegroup.com>; mary.kriz@labriegroup.com <mary.kriz@labriegroup.com>
**Subject:** RE: REQUEST #2

Hi Diana,

You should have the COBRA package. United Healthcare was notified and sent it to your address (attached are the details for your convenience). You just need to sign the paperwork. There's a transition period so no lapse in coverage. Also, this is between you and United Healthcare since the company would only pay for the COBRA if you signed the release in your employment agreement.

The information requests under the California Labor Code are not applicable. You agreed that your employment relationship was governed by Delaware law pursuant to the terms of the employment letter. Furthermore, Labrie has no presence in California and your services you during the course of your employment were provided out of Labrie's locations and NYC, not California.

On the bonus, I was referring to your expense reports and a cash bonus that was submitted by you and required to go through payroll and on your taxable income. It was just one example included in significant expense reimbursements. The expenses related to the maid's room at your NYC residence was not authorized by us.

Thanks,
Greg


**From:** Diana Grootonk <dianag1@msn.com>
**Sent:** Tuesday, July 6, 2021 12:16 PM
**To:** Greg Gleason <ggleason@wynnchurch.com>; meastabrook@labriegroup.com; Mary Kriz <mary.kriz@labriegroup.com>
**Cc:** Paul Morton <pmorton@walkermortonllp.com>
**Subject:** REQUEST #2

Dear Greg,

I write to invoke my right to the following information:

1. An explanation of why my final pay was not initiated on my termination date (06/11/21); and a detailed breakdown of the 6/24/21 payment from Labrie in the amount of 30k+/-;
2. A full COBRA benefits package (which I have not received to date) to be sent to my residence in California via overnight carrier to:

    DIANA GROOTONK
    511 DAHLIA AVE
    CORONA DEL MAR, CA 92625

3. A detailed explanation of your refusal to pay my NYC expenses that are seriously in arrears;
4. A detailed explanation and backup documentation of your assertion that I authorized a bonus for myself prior to my departure.

Please let me know when I will receive these items (as you can imagine, I need them as soon as possible). Thank you in advance for your cooperation.

Sincerely,
Diana Grootonk

Cc: Paul Morton

The information contained in this transmission is intended only for the party to which it is addressed and may contain confidential and/or privileged material and is not, and may not be relied on in any manner as, legal, tax or investment advice or as an offer to sell or a solicitation of an offer to make an investment in the Funds managed or sponsored by Wynnchurch Capital, L.P., its successors or affiliates (collectively, "Wynnchurch"). If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Wynnchurch assumes no liability for any reliance hereon or for losses incurred as a result of investment actions based on any materials provided herein. Please be advised that neither Wynnchurch, nor any of its agents, gives, nor is authorized to give, investment, legal, tax or accounting advice to any fund investor, prospect or third party.

The information contained in this transmission is intended only for the party to which it is addressed and may contain confidential and/or privileged material and is not, and may not be relied on in any manner as, legal, tax or investment advice or as an offer to sell or a solicitation of an offer to make an investment in the Funds managed or sponsored by Wynnchurch Capital, L.P., its successors or affiliates (collectively, "Wynnchurch"). If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Wynnchurch assumes no liability for any reliance hereon or for losses incurred as a result of investment actions based on any materials provided herein. Please be advised that neither Wynnchurch, nor any of its agents, gives, nor is authorized to give, investment, legal, tax or accounting advice to any fund investor, prospect or third party.